FILED

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

2011 JAN 26 P 2: 54

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO 18 U.S.C. § 2703(d) | MISC NO. 10GJ3793 |
|---|---|

**DECLARATION OF STUART A. SEARS IN SUPPORT OF MOTION OF REAL PARTIES IN INTEREST JACOB APPELBAUM, BIRGITTA JONSDOTTIR, AND ROP GONGRIJP TO VACATE DECEMBER 14, 2010 ORDER**

539778.01

1

I, STUART A. SEARS, declare and state as follows:

1. I am an attorney licensed to practice law in the Commonwealth of Virginia and am a member of the law firm of Zwerling, Leibig & Moseley, P.C, counsel for the Real Parties of Interest, Jacob Appelbaum, Birgitta Jonsdottir, And Rop Gongrijpto, in the above-captioned matter. I have personal knowledge of the facts stated in this Declaration, and if called as a witness I could and would competently testify to them under oath.

2. Attached hereto as Exhibit 1 is a true and correct copy of the December 14, 2010 Court order directing Twitter, Inc. to provide the government with records and other information related to the accounts of several of its users, including the Parties here.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Court Order issued on January 5, 2011.

4. Attached hereto as Exhibit 3 is a true and correct copy of notice from Twitter's Legal Department informing the Birgitta Jonsdottir of the record demand dated January 7, 2011.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from Ms. Jonsdottir's Twitter page, http://twitter.com/birgittaj, and Mr. Appelbaum's Twitter page, http://twitter.com/ioerror.

6. Attached hereto as Exhibit 5 is a true and correct copy a letter, dated January 12, 2011, from the Acting Permanent Secretary of State of Iceland.

7. Attached hereto as Exhibit 6 is a true and correct copy the decision adopted by the Committee on the Human Rights of Parliamentarians of the Inter-Parliamentary Union during its session from January 17, 20, 2010.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 26th day of January, 2011, at Alexandria, Virginia.

_____
Stuart A. Sears

539778.01

2