# EXHIBIT 3

**Subject:** Fwd: #1466264 Twitter Support: update on "Twitter Receipt of Legal Process"

**From:** Birgitta Jonsdottir
**Sent:** Friday, January 07, 2011 7:10 PM
**Subject:** Fwd: #1466264 Twitter Support: update on "Twitter Receipt of Legal Process"

Begin forwarded message:

> **From:** Kessel
> **Date:** January 7, 2011 7:21:05 PM GMT
> **To:** birgittaj
> **Subject: #1466264 Twitter Support: update on "Twitter Receipt of Legal Process"**
> **Reply-To:** Twitter Support <support+id1466264@twitter.zendesk.com>

## Please do not write below this line ##



**Kessel, Jan-07 11:20 am (PST):**

Dear Twitter User,

We are writing to inform you that Twitter has received legal process requesting information regarding your Twitter account, @birgittaj. A copy of the legal process is attached. The legal process requires Twitter to produce documents related to your account.

Please be advised that Twitter will respond to this request in 10 days from the date of this notice unless we receive notice from you that a motion to quash the legal process has been filed or that this matter has been otherwise resolved.

To respond to this notice, please e-mail us at twitter-legal@twitter.com.

This notice is not legal advice. You may wish to consult legal counsel about this matter. If you need assistar seeking counsel, you may consider contacting the Electronic Frontier Foundation (Kevin Bankston: bankston@eff.org, +1 415 436 9333 x126) or the ACLU (Aden Fine: afine@aclu.org, (212) 549-2693).

Sincerely,

Twitter Legal

Attachment(s)
20101214160501127.pdf
Twitter_Unsealing_Order.pdf