# EXHIBIT 4

twitter    Login  Join Twitter!

http://www.thepetitionsite.com/95/support-the-people-of-iceland

4:49 AM Jan 14th, 2010 via web

 **birgittaj**
Birgitta Jónsdóttir

© 2011 Twitter   About Us   Contact   Blog   Status   Resources   API   Business   Help   Jobs   Terms   Privacy



Login  Join Twitter!

Save the people of Iceland! - http://shar.es/aBovW

5:14 PM Jan 16th, 2010 via web



**birgittaj**
Birgitta Jónsdóttir

© 2011 Twitter   About Us   Contact   Blog   Status   Resources   API   Business   Help   Jobs   Terms   Privacy

twitter  Login  Join Twitter!

http://www.althingi.is/altext/138/s/o688.html http://bit.ly/dtopM3

3:35 PM Feb 19th, 2010 via Facebook

 **birgittaj**
Birgitta Jónsdóttir

© 2011 Twitter   About Us   Contact   Blog   Status   Resources   API   Business   Help   Jobs   Terms   Privacy

twitter    Login  Join Twitter!

http://www.immi.is/ http://bit.ly/cpZl6l

2:27 PM Feb 14th, 2010 via Facebook

 **birgittaj**
Birgitta Jónsdóttir

© 2011 Twitter  About Us  Contact  Blog  Status  Resources  API  Business  Help  Jobs  Terms  Privacy



Login  Join Twitter!

Hundreds evacuated after vulcan eroption in Iceland http://bit.ly/9nSImW (via @icerocket)

1 19 AM Mar 21st, 2010 via web



birgittaj
Birgitta Jónsdóttir

© 2011 Twitter  About Us  Contact  Blog  Status  Resources  API  Business  Help  Jobs  Terms  Privacy

   Login  Join Twitter!

# First video from the volcanic eruption in Iceland - http://bit.ly/iceland_volcanic

1:31 AM Mar 21st, 2010 via bit.ly



**birgittaj**
Birgitta Jónsdóttir

© 2011 Twitter   About Us   Contact   Blog   Status   Resources   API   Business   Help   Jobs   Terms   Privacy

twitter  Login  Join Twitter!

Birgitta Jonsdottir will discuss and introduce the idea behind immi.is at eurodig.org tomorrow http://bit.ly/asTung - live webcast...

2:26 AM Apr 28th, 2010 via web

 **birgittaj**
Birgitta Jónsdóttir

© 2011 Twitter   About Us   Contact   Blog   Status   Resources   API   Business   Help   Jobs   Terms   Privacy

3169. accessnow are Nokia Siemens shareholders aware they profit from the sales of monitoring technology? sign the petition: http://bit.ly/bwGrCk #NOtoNOKIA Mon Oct 18 2010 18:37:08 (Pacific Daylight Time) via TweetDeck Retweeted by ioerror and 1 other

3170. Sometimes I really miss working in teledildonics. Mon Oct 18 2010 18:07:24 (Pacific Daylight Time) via web

3171. @auriea I am unsurprised by that answer. That's a bummer for the rest of humanity but likely a relief for her! Mon Oct 18 2010 14:16:32 (Pacific Daylight Time) via web in reply to auriea

3172. @auriea I'm sad about that too. Did you ask Jarboe why she's not touring with them? I'm probably missing something obvious... Mon Oct 18 2010 14:06:40 (Pacific Daylight Time) via web in reply to auriea

3173. reasonmag The Horror of Canadian Obscenity Law http://ow.ly/2VnSb Mon Oct 18 2010 12:05:59 (Pacific Daylight Time) via HootSuite Retweeted by ioerror and 13 others

3174. Wow! The Swans are back (without Jarboe) on tour: http://www.metafilter.com/96782/Swans-wasnt-so-bad-after-all Mon Oct 18 2010 11:43:36 (Pacific Daylight Time) via web

3175. @pusscat I agree - though we're gonna need backup! Mon Oct 18 2010 11:34:21 (Pacific Daylight Time) via web in reply to pusscat

3176. Dan Savage rips apart anti-gay marriage arguments so well - it's really impressive. Mon Oct 18 2010 11:33:36 (Pacific Daylight Time) via web

3177. Dan Savage has a special place in my heart: http://www.thestranger.com/seattle/SavageLove?oid=5135029 Mon Oct 18 2010 11:27:28 (Pacific Daylight Time) via web

3178. torproject Australia: Internet censorship is now a moral obligation, http://www.theregister.co.uk/2010/10/18/gillard_media/ Mon Oct 18 2010 10:40:27 (Pacific Daylight Time) via identica Retweeted by ioerror and 24 others

3179. @fivetonsflax http://www.expressjetpilots.com/the-pipe/showthread.php?39523-Well-today-was-the-day 9:55 AM Oct 18th, 2010 via web in reply to fivetonsflax

3180. Best quote from the pilot's article on his recent TSA encounter: "Malo Periculosam Libertatem Quam Quietum Servitium" - http://is.gd/g6ZmW 9:50 AM Oct 18th, 2010 via web

3181. cfpconf A pilot didn't want to show the TSA his naked body. Here's what happened: http://is.gd/g6OxB #privacy 7:23 AM Oct 18th, 2010 via TweetDeck Retweeted by ioerror and 100+ others

3182. People really dislike the TSA: http://www.elliott.org/blog/travelers-rate-tsa-as-terrible-in-new-poll-they-treat-us-like-we-are-criminals/ 2:19 AM Oct 18th, 2010 via web

3183. Berkman Center accepting fellowship applications for 2011-2012 academic year: http://cyber.law.harvard.edu/node/6413 11:35 PM Oct 17th, 2010 via web

3184. cathfie Letter signed by Chinese Communist Party elders blasts government's clampdown on free expression http://bit.ly/aRIO3J #Censorship #FOIA 10:16 PM Oct 17th, 2010 via web Retweeted by ioerror and 6 others

3185. TomDuff Holy cow, RT @etler: Alcatel-Lucent has put the entire Bell System Technical Journal online for free: http://bstj.bell-labs.com/ 1922-1983. 8:23 PM Oct 17th, 2010 via Twitter for iPad Retweeted by ioerror and 66 others

3186. pressfreedom 100+ Chinese scholars, activists, lawyers call for media freedom & release of #LiuXiaobo http://bit.ly/9VTkqp 4:51 PM Oct 15th, 2010 via TweetDeck Retweeted by ioerror and 14 others

3187. Thesis worth reading today: Richard Savacool's Firewall resistance to metaferography in network communications: http://bit.ly/coBJah 9:09 PM Oct 15th, 2010 via web

3188. I really want to meet the guys from gray-world; it's such a great site. The people involved are talented and inspirational. 6:32 PM Oct 15th, 2010 via web

3189. I really do not enjoy being sick. 3:27 PM Oct 15th, 2010 via web

3190. argvee Google is looking to hire some thrill-seeking IR and Forensics experts! Tell your friends! http://goo.gl/UNpR 3:20 PM Oct 15th, 2010 via web Retweeted by ioerror and 30 others

3191. EFF Sign #NOtoNOKIA petition.@accessnow http://bit.ly/ayMOZJ 11:52 AM Oct 14th, 2010 via web Retweeted by ioerror and 14 others

3192. @naskooskov Great - thank you. :-) Perhaps you can join #tor-dev on irc.oftc.net and say you'd like to hack on Tor on Windows? 12:14 PM Oct 14th, 2010 via web in reply to naskooskov

3193. EFF Holding Nokia Responsible for Surveilling Dissidents in Iran https://eff.org/r.4tm 11:51 AM Oct