# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

F I L E
JAN - 5 2011
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| IN THE MATTER OF THE )<br>§2703(d) ORDER RELATING TO )<br>TWITTER ACCOUNTS: )<br>WIKILEAKS, ROP_G; IOERROR; )<br>AND BIRGITTAJ ) | MISC. NO. 10GJ3793 |

## ORDER TO UNSEAL THE
## ORDER PURSUANT TO 18 U.S.C. §2703(D)

This matter having come before the Court pursuant to an application under Title 18, United

States Code, §2703(d), it appearing that it is in the best interest of the investigation to unseal the

Court's Order of December 14, 2010 and authorize Twitter to disclose that Order to its subscribers

and customers, it is hereby ORDERED that the above-captioned Order of December 14, 2010

pursuant to 18 U.S.C. §2703(d) be UNSEALED and that Twitter is authorized to disclose such

Order. In all other respects, the Court's Order of December 14, 2010 remains in effect

_____/s/_____
Theresa Carroll Buchanan
United States Magistrate Judge

Date: _____

Alexandria, Virginia