# EXHIBIT E



Ms. Cindy Cohn
Legal Director
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110

MINISTRY FOR
FOREIGN AFFAIRS

Rauðarárstígur 25, 150 Reykjavík, Iceland
Tel: 354-545 9900, fax: 354-562 2373
external@utn.stjr.is, www.mfa.is

Reykjavík, 12 January 2011
UTN11010154/03.F.001
GG/THH

This is to confirm that the Ministry for Foreign Affairs of Iceland has met with representatives of the United States Government to discuss an order, at the request of US authorities, that Twitter hand over personal information from the account of Ms. Birgitta Jonsdottir, a Member of the Icelandic Parliament. The Ministry called for further information on the matter and expressed serious concern that an elected Member of the Icelandic Parliament was in this way subject to a criminal investigation in a foreign country. As an MP, Ms. Jonsdottir enjoys immunity and the Ministry emphasized that the matter would not have any further effect on the MP's work and the functionality of the Parliament. This includes Ms. Jonsdottir's freedom to travel and her possibilities to participate in political debate internationally.

Gréta Gunnarsdóttir
Acting Permanent Secretary of State

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was delivered by hand this 26th day of January, 2011, to the U.S. Attorney Box located in the Clerk's office, addressed to:

Tracy Doherty McCormick
U.S. Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Ph: 703 299-3715
Email: Tracy.McCormick@usdoj.gov

_____
Stuart Alexander Sears