UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Misc. No. 1:11dm00003 |
| JACOB APPELBAUM, et al., | ) |
| Defendants. | ) |

### ORDER

THIS MATTER came before the Court on defendants' Motion for Immediate Unsealing of Motions and Upcoming Hearing. (Dkt. 17).

UPON CONSIDERATION of the pleadings, it is hereby

ORDERED that the following of defendants' motions shall be unsealed: Motion to Vacate (Dkt. 1), Motion for Unsealing of Sealed Court Records (Dkt. 3), and Motion for Immediate Unsealing of Motions. (Dkt. 17). It is further

ORDERED that the February 15, 2011 hearing on defendants' motions shall be open to the public. It is further

ORDERED that either party who wishes to file additional materials under seal must file an appropriate motion and notice of hearing.

ENTERED this 7th day of February, 2011.

                                                      /s/
                                    THERESA CARROLL BUCHANAN
                                    UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia