UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)
v. ) Misc. No. 1:11dm00003
)
JACOB APPELBAUM, et al., )
)
    Defendants. )

ORDER

THIS MATTER is before the Court *sua sponte*. It is hereby

ORDERED that the parties shall each submit a statement and supporting memorandum by February 14, 2011 specifying which pleadings in the case numbered 1:11dm00003 should remain sealed. The hearing on this matter shall take place on February 15, 2011.

ENTERED this 9th day of February, 2011.

/s/
THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia