## **MOTION HEARING**

Date: February 15, 2011				Judge: Theresa Carroll Buchanan
						Reporter: FTR
Start: 10:16					Deputy Clerk: Glenda Walker
Finish: 11:45

Civil Action Number:		1:11-dm-00003-TCB

USA

vs.

Jacob Appelbaum, et al.

Appearance of Counsel for ( X )Pltf	( X ) Deft

Motion Hearing held on Motion to Vacate December 14, 2010 Order (DE#1) and Motion for Unsealing of Sealed Court Records ( DE #3):
_____
_____

Argued &
(   ) Granted  (     )Denied  (     ) Granted in part/Denied in part
( X  ) Taken Under Advisement   (     ) Continued to

(   ) Report and Recommendation to Follow
( X ) Order to Follow