IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |  |
|---|---|---|
| In Re: §2703(d) Order; 10GJ3793 | ) ) ) ) ) ) ) ) ) ) ) ) | Miscellaneous No. 1:11dm00003 |

<u>ORDER</u>

THIS MATTER came before the Court on petitioners' Motion of Real Parties in Interest Jacob Appelbaum, Birgitta Jonsdottir, and Rop Gonggrijp to Vacate December 14, 2010 Order ("Motion to Vacate", Dkt. 1) and Motion of Real Parties in Interest Jacob AppelBaum, Rop Gonggrijp, and Birgitta Jonsdottir for Unsealing of Sealed Court Records. ("Motion to Unseal", Dkt. 3).

UPON CONSIDERATION of the pleadings and arguments of counsel, it is hereby

ORDERED that petitioners' Motion to Vacate (Dkt. 1) is DENIED.  It is further

ORDERED that petitioners' Motion to Unseal (Dkt. 3) is DENIED as to docket 10-gj-3793 and GRANTED as to docket 1:11-dm-00003 with only the redaction of the government attorney's email address in document 24.  It is further

ORDERED that petitioners' request for a public docket of material in case number 10-gj-3793 shall be taken under further consideration.

ENTERED this 11th day of March, 2011.

                                                /s/
                                                THERESA CARROLL BUCHANAN
                                                UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia