IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |  |
|---|---|---|
| In Re: §2703(d) Order; 10GJ3793 | ) ) ) ) ) ) ) ) ) ) ) ) ) | Miscellaneous No. 1:11dm00003 |

<u>ORDER</u>

THIS MATTER came before the Court on Twitter, Inc.'s Motion for Clarification. (Dkt. 24).  It is hereby

ORDERED that the motion is DENIED as moot.

ENTERED this 11th day of March, 2011.

                /s/
                THERESA CARROLL BUCHANAN
                UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia