UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO 18 U.S.C. §2703(d) | MISC NO. 10GJ3793<br><br>1:11-DM-00003 |

**NOTICE OF MOTION**

Please take notice that on Friday, April 22, 2011 at 10:00 a.m., or on any other date that is convenient to the parties and the Court, Jacob Appelbaum, Birgitta Jonsdottir and Rop Gonggrijp will move this Court for hearing on their Objections to the March 11, 2011 Order Denying Motion to Vacate and Denying in Part Motion to Unseal.

|  |  |
|---|---|
| Dated:  March 25, 2011 | By:  /s/ John W. Keker |

<div style="margin-left:40%">

John W. Keker (admitted *pro hac vice*)
Rachael E. Meny (admitted *pro hac vice*)
Steven P. Ragland (admitted *pro hac vice*)
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:      415).391.5400
Facsimile:       415).397.7188
Email:    jkeker@kvn.com
Email:    rmeny@kvn.com
Email:    sragland@kvn.com


John K. Zwerling, VSB No. 8201
Stuart Sears, VSB No. 71436
ZWERLING, LEIBIG & MOSELEY, P.C.
108 North Alfred Street
Alexandria, VA  22314
Telephone:      703.684.8000
Facsimile:       703.684.9700
Email:    JZ@Zwerling.com
Email:    Chris@Zwerling.com
Email:    Andrea@Zwerling.com
Email:    Stuart@Zwerling.com


**Attorneys for JACOB APPELBAUM**

</div>

| | |
|---|---|
| Dated:  March 25, 2011 | By:  /s/ John D. Cline |

                                                  John D. Cline  (admitted *pro hac vice*)
LAW OFFICE OF JOHN D. CLINE
115 Sansome Street, Suite 1204
San Francisco, CA  94104
Telephone:     415.322.8319
Facsimile:     415.524.8265
Email: cline@johndclinelaw.com

K.C. Maxwell (admitted *pro hac vice*)
LAW OFFICE OF K.C. MAXWELL
115 Sansome Street, Suite 1204
San Francisco, CA  94104
Telephone:     415.322.8817
Facsimile:     415.888.2372
Email:  kcm@kcmaxlaw.com


Nina J. Ginsberg, VSB No. 19472
DIMUROGINSBERG, P.C.
908 King Street, Suite 200
Alexandria, VA 22314
Telephone:     703.684.4333
Facsimile:     703.548.3181
Email:  nginsberg@dimuro.com

**Attorneys for ROP GONGGRIJP**

Dated:  March 25, 2011  By:  /s/ Cindy A. Cohn

Cindy A. Cohn  (admitted *pro hac vice*)
Lee Tien  (admitted *pro hac vice*)
Kevin S. Bankston  (admitted *pro hac vice*)
Marcia Hofmann (admitted *pro hac vice*)
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone:     415.436.9333 x108
Facsimile:     415 436.9993
Email:  cindy@eff.org
Email:  tien@eff.org
Email:  bankston@eff.org
Email:  marcia@eff.org

Aden J. Fine  (admitted *pro hac vice*)
Benjamin Siracusa-Hillman  (admitted *pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone:     212.549.2500
Facsimile:     212.549.2651
Email:  afine@aclu.org
Email:  bsiracusahillman@aclu.org

Rebecca K. Glenberg, VSB No. 44099
AMERICAN CIVIL LIBERTIES UNION
    OF VIRGINIA FOUNDATION, INC.
530 E. Main Street, Suite 310
Richmond, VA  23219
Telephone:     804.644.8080
Facsimile:     804.649.2733
Email:  rglenberg@acluva.org

Jonathan Shapiro
GREENSPUN, SHAPIRO, DAVIS
   & LEARY, P.C.
3955 Chain Bridge Road
Second Floor
Fairfax, VA 22030
Telephone:     703.352.0100
Facsimile:     703.591.7268
Email: js@greenspunlaw.com

**Attorneys for BIRGITTA JONSDOTTIR**

4

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 25th day of March, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following counsel of record:

      Tracy D. McCormick
      U.S. Attorney's Office
      2100 Jamieson Avenue
      Alexandria, VA  22314
      Telephone: 703-299-3175
      Email: tracy.mccormick@usdoj.gov

      John K. Zwerling, VSB No. 8201
      Stuart Sears, VSB No. 71436
      ZWERLING, LEIBIG & MOSELEY, P.C.
      108 North Alfred Street
      Alexandria, VA  22314
      Telephone: (703) 684-8000
      Facsimile: (703) 684-9700
      Email: JZ@Zwerling.com
      Email: Chris@Zwerling.com
      Email: Andrea@Zwerling.com
      Email: Stuart@Zwerling.com

      Rebecca K. Glenberg, VSB No. 44099
      AMERICAN CIVIL LIBERTIES UNION
          OF VIRGINIA FOUNDATION, INC.
      530 E. Main Street, Suite 310
      Richmond, Virginia 23219
      Telephone: (804) 644-8080
      Facsimile:  (804) 649-2733
      Email:  rglenberg@acluva.org

      Jonathan Shapiro
      GREENSPUN, SHAPIRO, DAVIS
          & LEARY, P.C.
      3955 Chain Bridge Road
      Second Floor
      Fairfax, VA 22030
      Telephone: (703) 352-0100
      Facsimile: (703) 591-7268
      Email: js@greenspunlaw.com

      John K. Roche
      Perkins Coie, LLP
      700 13th Street, N.W., Suite 600
      Washington, DC  20005
      Telephone: 202-654-6200
      Facsimile: 202-654-6211
      Email: jroche@perkinscoie.com

/**s**/_____
Nina J. Ginsberg, VSB No. 19472
DIMUROGINSBERG, P.C.
908 King Street, Suite 200
Alexandria, VA 22314
Phone: 703-684-4333
Fax: 703-548-3181
Email:  nginsberg@dimuro.com