UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO 18 U.S.C. § 2703(d) | MISC NO. 10GJ3793<br><br>1:11-DM-3 |

**NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR**
**NOTICE OF ELECTRONIC FILING ("NEF")**

COMES NOW JACOB APPELBAUM, by and through undersigned counsel, and respectfully requests that the Clerk for the U.S. District Court for the Eastern District of Virginia, enter the appearance of the following attorneys on his behalf.  Each of the listed attorneys have previously been admitted *pro hac vice* on Mr. Appelbaum's behalf by Magistrate Judge Buchanan on January 28, 2011.  (Docket Nos. 5, 6, and 7).  In addition, Mr. Appelbaum requests that the below listed attorneys be granted access to the court's Notice of Electronic Filing ("NEF") so that they may also receive electronic notifications of filings in the above-styled matter.  Undersigned counsel will continue to be the attorney responsible for electronic filings on behalf of Mr. Appelbaum.  The attorneys to be added are as follows:

    John W. Keker (admitted *pro hac vice*)
    KEKER & VAN NEST LLP
    710 Sansome Street
    San Francisco, CA  94111-1704
    Telephone:    (415) 391-5400
    Facsimile:    (415) 397-7188
    Email:    jkeker@kvn.com

    Rachael E. Meny (admitted *pro hac vice*)
    KEKER & VAN NEST LLP
    710 Sansome Street
    San Francisco, CA  94111-1704
    Telephone:    (415) 391-5400
    Facsimile:    (415) 397-7188
    Email:    rmeny@kvn.com

Steven P. Ragland (admitted *pro hac vice*)
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA  94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
Email: sragland@kvn.com

WHEREFORE based on the foregoing reasons Mr. Appelbaum respectfully requests that the above named attorneys be admitted *pro hac vice* as counsel in this matter and that they be granted access to the NEF system.

Respectfully submitted,

JACOB APPELBAUM
By Counsel

/s/
Stuart Alexander Sears
*Counsel for Jacob Appelbaum*
Virginia Bar No. 71436
ZWERLING, LEIBIG & MOSELEY, P.C.
108 N. Alfred Street
Alexandria, Virginia 22314
Telephone: (703) 684-8000
Facsimile: (703) 684-9700
Email: stuart@zwerling.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of April, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following counsel of record:

Tracy D. McCormick
U.S. Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone:
Email: tracy.mccormick@usdoj.gov

Rebecca K. Glenberg, VSB No. 44099
AMERICAN CIVIL LIBERTIES UNION
OF VIRGINIA FOUNDATION, INC.
530 E. Main Street, Suite 310
Richmond, Virginia 23219
Telephone: (804) 644-8080
Facsimile: (804) 649-2733
Email: rglenberg@acluva.org

Jonathan Shapiro
GREENSPUN, SHAPIRO, DAVIS
& LEARY, P.C.
3955 Chain Bridge Road
Second Floor
Fairfax, VA 22030
Telephone: (703) 352-0100
Facsimile: (703) 591-7268
Email: js@greenspunlaw.com

John K. Roche
Perkins Coie, LLP
700 13th Street, N.W., Suite 600
Washington, DC 20005
Telephone: 202-654-6200
Facsimile: 202-654-6211
Email: jroche@perkinscoie.com

Nina J. Ginsberg, VSB No. 19472
DIMUROGINSBERG, P.C.
908 King Street, Suite 200
Alexandria, VA 22314
Phone: 703-684-4333
Fax: 703-548-3181
Email: nginsberg@dimuro.com

                                                                      /s/  
Stuart Alexander Sears  
      *Counsel for Jacob Appelbaum*  
Virginia Bar No. 71436  
ZWERLING, LEIBIG & MOSELEY, P.C.  
108 N. Alfred Street  
Alexandria, Virginia 22314  
Telephone:   (703) 684-8000  
Facsimile:   (703) 684-9700  
Email:   stuart@zwerling.com