UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO 18 U.S.C. § 2703(d) | Misc. No. 10GJ3793<br>No. 1:11DM3<br>No. 1:11EC3 |

**NOTICE OF MOTION**

Please take notice that on Friday, June 24, 2011 at 10:00 a.m., or on any other date that is convenient to the Court and the parties, real parties in interest Jacob Appelbaum, Birgitta Jonsdottir, and Rop Gonggrijp will move this Court for hearing on their Objections to the Magistrate's May 4, 2011 Order on Public Docketing.

Dated: May 19, 2011

By:  /s/ Rebecca K. Glenberg_____
Rebecca K. Glenberg, VSB No. 44099
AMERICAN CIVIL LIBERTIES UNION
   OF VIRGINIA FOUNDATION, INC.
530 E. Main Street, Suite 310
Richmond, VA 23219
Telephone:   804.644.8080
Facsimile:    804.649.2733
Email: rglenberg@acluva.org

Aden J. Fine (admitted *pro hac vice*)
Benjamin Siracusa Hillman (admitted *pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
   FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone:   212.549.2500
Facsimile:    212.549.2651
Email: afine@aclu.org
Email: bsiracusahillman@aclu.org

Cindy A. Cohn (admitted *pro hac vice*)
Lee Tien (admitted *pro hac vice*)

1

Kevin S. Bankston (admitted *pro hac vice*)
Marcia Hofmann (admitted *pro hac vice*)
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone:     415.436.9333 x108
Facsimile:     415 436.9993
Email: cindy@eff.org
Email: tien@eff.org
Email: bankston@eff.org
Email: marcia@eff.org

Jonathan Shapiro
GREENSPUN, SHAPIRO, DAVIS
   & LEARY, P.C.
3955 Chain Bridge Road
Second Floor
Fairfax, VA 22030
Telephone:     703.352.0100
Facsimile:     703.591.7268
Email: js@greenspunlaw.com

**Attorneys for BIRGITTA JONSDOTTIR**

Dated: May 19, 2011							By: /s/ John K. Zwerling
									John K. Zwerling, VSB No. 8201
									Stuart Sears, VSB No. 71436
									ZWERLING, LEIBIG & MOSELEY, P.C.
									108 North Alfred Street
									Alexandria, VA 22314
									Telephone:     703.684.8000
									Facsimile:      703.684.9700
									Email: JZ@Zwerling.com
									Email: Chris@Zwerling.com
									Email: Andrea@Zwerling.com
									Email: Stuart@Zwerling.com

									John W. Keker (admitted *pro hac vice*)
									Rachael E. Meny (admitted *pro hac vice*)
									Steven P. Ragland (admitted *pro hac vice*)
									KEKER & VAN NEST LLP
									710 Sansome Street
									San Francisco, CA 94111-1704
									Telephone:     415.391.5400
									Facsimile:      415.397.7188
									Email: jkeker@kvn.com
									Email: rmeny@kvn.com
									Email: sragland@kvn.com

									**Attorneys for JACOB APPELBAUM**

| | |
|---|---|
| Dated:  May 19, 2011 | By:  /s/ Nina J. Ginsberg |

Nina J. Ginsberg, VSB No. 19472
DIMUROGINSBERG, P.C.
908 King Street, Suite 200
Alexandria, VA 22314
Telephone:     703.684.4333
Facsimile:      703.548.3181
Email: nginsberg@dimuro.com

John D. Cline (admitted *pro hac vice*)
LAW OFFICE OF JOHN D. CLINE
115 Sansome Street, Suite 1204
San Francisco, CA 94104
Telephone:     415.322.8319
Facsimile:      415.524.8265
Email: cline@johndclinelaw.com

K.C. Maxwell (admitted *pro hac vice*)
LAW OFFICE OF K.C. MAXWELL
115 Sansome Street, Suite 1204
San Francisco, CA 94104
Telephone:     415.322.8817
Facsimile:      415.888.2372
Email: kcm@kcmaxlaw.com

**Attorneys for ROP GONGGRIJP**

## CERTIFICATE OF SERVICE

      I hereby certify that on this 19th day of May, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following counsel of record:

      Tracy D. McCormick
      Andrew Peterson
      U.S. Attorney's Office
      2100 Jamieson Avenue
      Alexandria, VA 22314
      Telephone: 703-299-3175
      Email: tracy.mccormick@usdoj.gov

      John K. Zwerling, VSB No. 8201
      Stuart Sears, VSB No. 71436
      ZWERLING, LEIBIG & MOSELEY, P.C.
      108 North Alfred Street
      Alexandria, VA 22314
      Telephone: (703) 684-8000
      Facsimile: (703) 684-9700
      Email: JZ@Zwerling.com
      Email: Stuart@Zwerling.com

      Jonathan Shapiro
      GREENSPUN, SHAPIRO, DAVIS
        & LEARY, P.C.
      3955 Chain Bridge Road
      Second Floor
      Fairfax, VA 22030
      Telephone: (703) 352-0100
      Facsimile: (703) 591-7268
      Email: js@greenspunlaw.com

      Nina J. Ginsberg, VSB No. 19472
      DIMUROGINSBERG, P.C.
      908 King Street, Suite 200
      Alexandria, VA 22314
      Telephone: 703.684.4333
      Facsimile: 703.548.3181
      Email: nginsberg@dimuro.com

        John K. Roche
        PERKINS COIE, LLP
        700 13th Street, N.W., Suite 600
        Washington, DC 20005
        Telephone: 202-654-6200
        Facsimile: 202-654-6211
        Email: jroche@perkinscoie.com

        Marvin David Miller
        1203 Duke Street
        The Gorham House
        Alexandria, VA 22314
        Telephone: (703) 548-5000
        Email: katherine@marvinmilleratlaw.com

I also certify that on this 19th day of May, 2011, I caused the following party to be served by first-class United States mail:

        Christopher Soghoian (*pro se)*
        Graduate Fellow, Center for Applied Cybersecurity Research
        Indiana University
        P.O. Box 2266
        Washington, DC 20013
        Telephone: 617-308-6368

        By: /s/ Rebecca K. Glenberg_____
        Rebecca K. Glenberg, VSB No. 44099
        AMERICAN CIVIL LIBERTIES UNION
          OF VIRGINIA FOUNDATION, INC.
        530 E. Main Street, Suite 310
        Richmond, VA 23219
        Telephone:  804.644.8080
        Facsimile:   804.649.2733
        Email: rglenberg@acluva.org