UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO 18 U.S.C. §2703(d) | MISC. NO. 10-4-10GJ3703 |

**NOTICE OF CHANGE OF ADDRESS**

573444.01

Notice is hereby given of the change of address for Keker & Van Nest LLP, counsel for defendant, Jacob Appelbaum. The new address and affected attorney(s) is:

John W. Keker
Rachael E. Meny
Steven P. Ragland
Keker & Van Nest, LLP
633 Battery Street
San Francisco, CA 94111-1809

This change is effective <u>August 1, 2011</u>. The phone numbers and email addresses remain the same.

Dated: August 2, 2011

By:   /s/ Rachael E. Meny
John W. Keker (*pro hac vice* pending)
Rachael E. Meny (*pro hac vice* pending)
Steven P. Ragland (*pro hac vice* pending)
KEKER & VAN NEST LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415).391.5400
Facsimile:    415).397.7188
Email:    jkeker@kvn.com
Email:    rmeny@kvn.com
Email:    sragland@kvn.com

John K. Zwerling, VSB No. 8201
Stuart Sears, VSB No. 71436
ZWERLING, LEIBIG & MOSELEY, P.C.
108 North Alfred Street
Alexandria, VA 22314
Telephone:    703.684.8000
Facsimile:    703.684.9700
Email:    JZ@Zwerling.com
Email:    Chris@Zwerling.com
Email:    Andrea@Zwerling.com
Email:    Stuart@Zwerling.com

**Attorneys for JACOB APPELBAUM**

573444.01