UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO 18 U.S.C. § 2703(d) | Misc. No. 10GJ3793<br>No. 1:11DM3<br>No. 1:11EC3 |

**ORDER**

Upon consideration of the motion to withdraw appearance of Benjamin T. Siracusa Hillman, it is hereby ORDERED that the motion is granted.

SO ORDERED this ____ day of _____, 2011.

_____