UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO 18 U.S.C. § 2703(d) | MISC NO. 10GJ3793, No. 1:11-DM-3 No. 1:11-EC-3 |

**REAL PARTIES IN INTEREST JACOB APPELBAUM, ROP GONGGRIJP, AND BIRGITA JONSDOTTIR'S NON-CONFIDENTIAL MEMORANDUM ACCOMPANYING (1) MOTION FOR SEALING AND (2) MOTION FOR IMMEDIATE UNSEALING**

COMES NOW Real Parties in Interest Jacob Appelbaum, Rop Gonggrijp, and Birgitta Jonsdottir, by and through their counsel, and respectfully submit to this Honorable Court this memorandum in support of their (1) Motion for Sealing and (2) Motion for Immediate Unsealing, pursuant to E.D. Va. Local Criminal Rule 49(E) and/or E.D. Va. Local Civil Rule 5. In support of their motion, Real Parties offer the following:

**I. ITEMS TO BE SEALED**

Real Parties ask the Court to seal the Motion to Seal and Motion for Immediate Unsealing and the documents being filed with that Motion – the Real Parties' Notice, the Declaration of Stuart Sears and the proposed Order. Although Real Parties do not believe that these documents are confidential or that there is any reason for sealing them, *see* Motion to Seal and Motion to Unseal at 1-2, the Government has not agreed that the documents can be publicly filed and has indicated that, in its view, the documents should be filed under seal, at least initially. Given the Government's position, Real Parties request that these documents initially be placed under seal. As noted in the accompanying Motion, Real Parties simultaneously ask that, after these documents are sealed upon filing, the Court immediately grant their request to unseal

their Motion and the attached documents.

## II. AUTHORITY FOR SEALING AND UNSEALING DOCUMENTS

There is a presumption of access to judicial proceedings and to all judicial records under both the First Amendment and the common law. *See, e.g., Nixon v. Warner Commc'ns, Inc.,* 435 U.S. 589, 602 (1978); *Va. Dep't of State Police v. Wash. Post*, 386 F.3d 567, 575 (4th Cir. 2004). This presumption of access under the First Amendment may be overcome "by an overriding interest based on findings that closure is essential to preserve higher values and is narrowly tailored to serve that interest," *Press-Enterprise Co. v. Super. Ct. of Cal.*, 464 U.S. 501, 510 (1984), or, under the common law, if "'countervailing interests heavily outweigh the public interests in access.'" *Va. Dep't of State Police*, 386 F.3d at 575 (quoting *Rushford v. New Yorker Magazine, Inc.*, 846 F.2d 249, 253 (4th Cir. 1988).

Where a Court determines that formally sealed documents should be unsealed, the documents should be unsealed promptly because "the loss of First Amendment freedoms, for even minimal periods of time, unquestionably constitutes irreparable injury." *Elrod v. Burns*, 427 U.S. 347, 373 (1976). The Fourth Circuit has similarly made clear that delay in unsealing improperly sealed documents is impermissible, because it "'unduly minimizes, if it does not entirely overlook, the value of 'openness' itself, a value which is threatened whenever immediate access to ongoing proceedings is denied, whatever provision is made for later public disclosure.'" *See, e.g.*, *In re Application and Affidavit for Search Warrant*, 923 F.2d 324 (4th Cir. 1991).

Real Parties do not believe that the public's right of access to these documents is heavily outweighed by any competing interests or that closure is either essential to preserve any higher values or narrowly tailored to serve such values. The Government has nevertheless refused to agree that the documents can be filed publicly and has indicated that the documents should, in its view, initially be sealed upon filing. For that reason, Real Parties submit this memorandum in support of their motion to seal the documents initially and then immediately to unseal them.

### III. PERIOD OF TIME TO HAVE REQUESTED DOCUMENTS PLACED UNDER SEAL

Based on the Government's indication that the documents should be filed under seal initially, Real Parties request that these documents be sealed temporarily upon initial filing. Real Parties also request that such documents be immediately unsealed once the Court has had the opportunity to review, and rule upon, the Real Parties' accompanying Motion to unseal these documents.

WHEREFORE based on the Government's indication that these documents should be filed under seal initially, Real Parties respectfully request that an Order be entered allowing their Motion to Seal and Motion to Unseal and the related documents filed therewith, to be placed under seal temporarily, until the Court rules on their motion to unseal these documents.

Dated: September 20, 2011

By: _____/s/_____
John K. Zwerling, VSB No. 8201
Stuart Sears, VSB No. 71436
ZWERLING, LEIBIG & MOSELEY, P.C.
108 North Alfred Street
Alexandria, VA 22314
Telephone:   703.684.8000
Facsimile:   703.684.9700
Email: JZ@Zwerling.com
Email: Chris@Zwerling.com
Email: Andrea@Zwerling.com
Email: Stuart@Zwerling.com

John W. Keker (admitted *pro hac vice*)
Rachael E. Meny (admitted *pro hac vice*)
Steven P. Ragland (admitted *pro hac vice*)
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111-1704
Telephone:   415.391.5400
Facsimile:   415.397.7188
Email: jkeker@kvn.com
Email: rmeny@kvn.com
Email: sragland@kvn.com

**Attorneys for JACOB APPELBAUM**

Dated: September 20, 2011           By:          /s/
                                    Rebecca K. Glenberg, VSB No. 44099
                                    AMERICAN CIVIL LIBERTIES UNION
                                      OF VIRGINIA FOUNDATION, INC.
                                    530 E. Main Street, Suite 310
                                    Richmond, VA 23219
                                    Telephone:    804.644.8080
                                    Facsimile:    804.649.2733
                                    Email: rglenberg@acluva.org

                                    Aden J. Fine (admitted *pro hac vice*)
                                    AMERICAN CIVIL LIBERTIES UNION
                                      FOUNDATION
                                    125 Broad Street, 18th Floor
                                    New York, NY 10004
                                    Telephone:    212.549.2500
                                    Facsimile:    212.549.2651
                                    Email: afine@aclu.org


                                    Cindy A. Cohn (admitted *pro hac vice*)
                                    Lee Tien (admitted *pro hac vice*)
                                    Kevin S. Bankston (admitted *pro hac vice*)
                                    Marcia Hofmann (admitted *pro hac vice*)
                                    ELECTRONIC FRONTIER FOUNDATION
                                    454 Shotwell Street
                                    San Francisco, CA 94110
                                    Telephone:    415.436.9333 x108
                                    Facsimile:    415 436.9993
                                    Email: cindy@eff.org
                                    Email: tien@eff.org
                                    Email: bankston@eff.org
                                    Email: marcia@eff.org

                                    Jonathan Shapiro
                                    GREENSPUN, SHAPIRO, DAVIS
                                      & LEARY, P.C.
                                    3955 Chain Bridge Road
                                    Second Floor
                                    Fairfax, VA 22030
                                    Telephone:    703.352.0100
                                    Facsimile:    703.591.7268
                                    Email: js@greenspunlaw.com

                                    **Attorneys for BIRGITTA JONSDOTTIR**

| | |
|---|---|
| Dated:  September 20, 2011 | By:  _____/s/_____ |

                                              Nina J. Ginsberg, VSB No. 19472
                                              DIMUROGINSBERG, P.C.
                                              908 King Street, Suite 200
                                              Alexandria, VA 22314
                                              Telephone:     703.684.4333
                                              Facsimile:      703.548.3181
                                              Email: nginsberg@dimuro.com

                                              John D. Cline (admitted *pro hac vice*)
                                              LAW OFFICE OF JOHN D. CLINE
                                              115 Sansome Street, Suite 1204
                                              San Francisco, CA 94104
                                              Telephone:     415.322.8319
                                              Facsimile:      415.524.8265
                                              Email: cline@johndclinelaw.com

                                              K.C. Maxwell (admitted *pro hac vice*)
                                              LAW OFFICE OF K.C. MAXWELL
                                              115 Sansome Street, Suite 1204
                                              San Francisco, CA 94104
                                              Telephone:     415.322.8817
                                              Facsimile:      415.888.2372
                                              Email: kcm@kcmaxlaw.com

                                              **Attorneys for ROP GONGGRIJP**

## CERTIFICATE OF SERVICE

  I hereby certify that on this 20th day of September, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following counsel of record:

    Andrew Peterson
    U.S. Attorney's Office
    2100 Jamieson Avenue
    Alexandria, VA 22314
    Telephone: 703-299-3175
    Email: Andy.Peterson@usdoj.gov

    Marvin David Miller
    1203 Duke Street
    The Gorham House
    Alexandria, VA 22314
    Telephone: (703) 548-5000
    Email: katherine@marvinmilleratlaw.com

I also certify that on this 20th day of September, 2011, I caused the following party to be served by first-class United States mail:

    Christopher Soghoian (*pro se*)
    Graduate Fellow, Center for Applied Cybersecurity Research
    Indiana University
    P.O. Box 2266
    Washington, DC 20013
    Telephone: 617-308-6368

      By: _____/s/_____
      Stuart Sears, VSB No. 71436
      ZWERLING, LEIBIG & MOSELEY, P.C.
      108 North Alfred Street
      Alexandria, VA 22314
      Telephone: 703.684.8000
      Facsimile: 703.684.9700
      Email: Stuart@Zwerling.com