UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO 18 U.S.C. § 2703(d) | MISC NO. 10GJ3793<br>No. 1:11-DM-3<br>No. 1:11-EC-3 |

**NOTICE OF (1) MOTION FOR SEALING AND (2) MOTION FOR IMMEDIATE UNSEALING BY REAL PARTIES IN INTEREST JACOB APPELBAUM, ROP GONGGRIJP, AND BIRGITA JONSDOTTIR**

PLEASE TAKE NOTICE that, pursuant to E.D. Va. Local Criminal Rule 49(E) and/or E.D. Va. Local Civil Rule 5, Real Parties in Interest Jacob Appelbaum, Rop Gonggrijp, and Birgitta Jonsdottir hereby move the Court for an order granting their (1) Motion for Sealing and (2) Motion for Immediate Unsealing of the motions and accompanying documents.  The Motion for Sealing and the Motion for Immediate Unsealing are based on the motions, the accompanying Non-Confidential Memorandum, Real Parties' Notice, the Declaration of Stuart Sears in Support of Real Parties' Notice, all evidence and argument submitted in connection therewith, any matters of which the Court may take judicial notice, and the entire record in this action.

Dated: September 20, 2011

By: _____/s/_____
John K. Zwerling, VSB No. 8201
Stuart Sears, VSB No. 71436
ZWERLING, LEIBIG & MOSELEY, P.C.
108 North Alfred Street
Alexandria, VA 22314
Telephone:    703.684.8000
Facsimile:    703.684.9700
Email: JZ@Zwerling.com
Email: Chris@Zwerling.com
Email: Andrea@Zwerling.com

        Email: Stuart@Zwerling.com

        John W. Keker (admitted *pro hac vice*)
        Rachael E. Meny (admitted *pro hac vice*)
        Steven P. Ragland (admitted *pro hac vice*)
        KEKER & VAN NEST LLP
        710 Sansome Street
        San Francisco, CA 94111-1704
        Telephone: 415.391.5400
        Facsimile: 415.397.7188
        Email: jkeker@kvn.com
        Email: rmeny@kvn.com
        Email: sragland@kvn.com

        **Attorneys for JACOB APPELBAUM**

Dated: September 20, 2011    By: /s/
        Rebecca K. Glenberg, VSB No. 44099
        AMERICAN CIVIL LIBERTIES UNION
         OF VIRGINIA FOUNDATION, INC.
        530 E. Main Street, Suite 310
        Richmond, VA 23219
        Telephone: 804.644.8080
        Facsimile: 804.649.2733
        Email: rglenberg@acluva.org

        Aden J. Fine (admitted *pro hac vice*)
        AMERICAN CIVIL LIBERTIES UNION
         FOUNDATION
        125 Broad Street, 18th Floor
        New York, NY 10004
        Telephone: 212.549.2500
        Facsimile: 212.549.2651
        Email: afine@aclu.org

        Cindy A. Cohn (admitted *pro hac vice*)
        Lee Tien (admitted *pro hac vice*)
        Kevin S. Bankston (admitted *pro hac vice*)
        Marcia Hofmann (admitted *pro hac vice*)
        ELECTRONIC FRONTIER FOUNDATION
        454 Shotwell Street
        San Francisco, CA 94110
        Telephone: 415.436.9333 x108
        Facsimile: 415 436.9993
        Email: cindy@eff.org
        Email: tien@eff.org
        Email: bankston@eff.org
        Email: marcia@eff.org

        Jonathan Shapiro
        GREENSPUN, SHAPIRO, DAVIS
          & LEARY, P.C.
        3955 Chain Bridge Road
        Second Floor
        Fairfax, VA 22030
        Telephone:    703.352.0100
        Facsimile:     703.591.7268
        Email: js@greenspunlaw.com

**Attorneys for BIRGITTA JONSDOTTIR**

Dated:  September 20, 2011 By: _____/s/_____
Nina J. Ginsberg, VSB No. 19472
DIMUROGINSBERG, P.C.
908 King Street, Suite 200
Alexandria, VA 22314
Telephone:    703.684.4333
Facsimile:    703.548.3181
Email: nginsberg@dimuro.com

John D. Cline (admitted *pro hac vice*)
LAW OFFICE OF JOHN D. CLINE
115 Sansome Street, Suite 1204
San Francisco, CA 94104
Telephone:    415.322.8319
Facsimile:    415.524.8265
Email: cline@johndclinelaw.com

K.C. Maxwell (admitted *pro hac vice*)
LAW OFFICE OF K.C. MAXWELL
115 Sansome Street, Suite 1204
San Francisco, CA 94104
Telephone:    415.322.8817
Facsimile:    415.888.2372
Email: kcm@kcmaxlaw.com

**Attorneys for ROP GONGGRIJP**

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 20th day of September, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following counsel of record:

>Andrew Peterson
>U.S. Attorney's Office
>2100 Jamieson Avenue
>Alexandria, VA 22314
>Telephone: 703-299-3175
>Email: Andy.Peterson@usdoj.gov


>Marvin David Miller
>1203 Duke Street
>The Gorham House
>Alexandria, VA 22314
>Telephone: (703) 548-5000
>Email: katherine@marvinmilleratlaw.com

I also certify that on this 20th day of September, 2011, I caused the following party to be served by first-class United States mail:

>Christopher Soghoian (*pro se*)
>Graduate Fellow, Center for Applied Cybersecurity Research
>Indiana University
>P.O. Box 2266
>Washington, DC 20013
>Telephone: 617-308-6368


>By: _____/s/_____
>Stuart Sears, VSB No. 71436
>ZWERLING, LEIBIG & MOSELEY, P.C.
>108 North Alfred Street
>Alexandria, VA 22314
>Telephone:   703.684.8000
>Facsimile:    703.684.9700
>Email: Stuart@Zwerling.com