UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO 18 U.S.C. § 2703(d) | MISC NO. 10GJ3793, No. 1:11-DM-3 No. 1:11-EC-3 |

**REAL PARTIES IN INTEREST JACOB APPELBAUM, ROP GONGGRIJP, AND BIRGITA JONSDOTTIR'S NON-CONFIDENTIAL MEMORANDUM ACCOMPANYING (1) MOTION FOR SEALING AND (2) MOTION FOR IMMEDIATE UNSEALING OF REPLY PAPERS**

COMES NOW Real Parties in Interest Jacob Appelbaum, Rop Gonggrijp, and Birgitta Jonsdottir, by and through their counsel, and respectfully submit to this Honorable Court this memorandum in support of their (1) Motion for Sealing and (2) Motion for Immediate Unsealing of Reply Papers, pursuant to E.D. Va. Local Criminal Rule 49(E) and/or E.D. Va. Local Civil Rule 5.  In support of their motion, Real Parties offer the following:

**I.  ITEMS TO BE SEALED**

Real Parties ask the Court to seal the Motion to Seal and Motion for Immediate Unsealing and the documents being filed with that Motion – Real Parties' Reply brief.  Although Real Parties do not believe that these documents are confidential or that there is any reason for sealing them, *see* Reply Motion to Seal and Motion to Unseal at 1-2, the Government has indicated that, in its view, the documents should be filed under seal, at least initially.  Given the Government's position, Real Parties request that these documents initially be placed under seal. As noted in the accompanying Motion, Real Parties simultaneously ask that, after these

584553.01

1

documents are sealed upon filing, the Court immediately grant their request to unseal the Reply Papers, as well as the other documents filed regarding this matter.

## II. AUTHORITY FOR SEALING AND UNSEALING DOCUMENTS

There is a presumption of access to judicial proceedings and to all judicial records under both the First Amendment and the common law. *See, e.g., Nixon v. Warner Commc'ns, Inc.,* 435 U.S. 589, 602 (1978); *Va. Dep't of State Police v. Wash. Post*, 386 F.3d 567, 575 (4th Cir. 2004). This presumption of access under the First Amendment may be overcome "by an overriding interest based on findings that closure is essential to preserve higher values and is narrowly tailored to serve that interest," *Press-Enterprise Co. v. Super. Ct. of Cal.*, 464 U.S. 501, 510 (1984), or, under the common law, if "'counterveiling interests heavily outweigh the public interests in access.'" *Va. Dep't of State Police*, 386 F.3d at 575 (quoting *Rushford v. New Yorker Magazine, Inc.*, 846 F.2d 249, 253 (4th Cir. 1988)).

Where a Court determines that formally sealed documents should be unsealed, the documents should be unsealed promptly because "the loss of First Amendment freedoms, for even minimal periods of time, unquestionably constitutes irreparable injury." *Elrod v. Burns*, 427 U.S. 347, 373 (1976). The Fourth Circuit has similarly made clear that delay in unsealing improperly sealed documents is impermissible, because it "'unduly minimizes, if it does not entirely overlook, the value of 'openness' itself, a value which is threatened whenever immediate access to ongoing proceedings is denied, whatever provision is made for later public disclosure.'" *See, e.g.*, *In re Application and Affidavit for Search Warrant*, 923 F.2d 324, 331 (4th Cir. 1991).

Real Parties do not believe that the public's right of access to these documents is heavily outweighed by any competing interests or that closure is either essential to preserve any higher values or narrowly tailored to serve such values. The Government has indicated that the

documents should, in its view, initially be sealed upon filing. For that reason, Real Parties submit this memorandum in support of their motion to seal the reply documents initially and then immediately to unseal them.

### III. PERIOD OF TIME TO HAVE REQUESTED DOCUMENTS PLACED UNDER SEAL

Based on the Government's indication that the documents should be filed under seal initially, Real Parties request that these documents be sealed temporarily upon initial filing. Real Parties also request that such documents be immediately unsealed once the Court has had the opportunity to review, and rule upon, Real Parties' accompanying Motion to unseal these documents.

WHEREFORE based on the Government's indication that these documents should be filed under seal initially, Real Parties respectfully request that an Order be entered allowing their Motion to Seal and Motion to Unseal and the related documents filed therewith, to be placed under seal temporarily, until the Court rules on their motion to unseal these documents.

Dated: October 11, 2011

By: _____/s/_____
John K. Zwerling, VSB No. 8201
Stuart Sears, VSB No. 71436
ZWERLING, LEIBIG & MOSELEY, P.C.
108 North Alfred Street
Alexandria, VA 22314
Telephone:  703.684.8000
Facsimile:  703.684.9700
Email: JZ@Zwerling.com
Email: Chris@Zwerling.com
Email: Andrea@Zwerling.com
Email: Stuart@Zwerling.com

John W. Keker (admitted *pro hac vice*)
Rachael E. Meny (admitted *pro hac vice*)
Steven P. Ragland (admitted *pro hac vice*)
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111-1704

|  |  |
|---|---|
|  | Telephone: 415.391.5400 |
|  | Facsimile: 415.397.7188 |
|  | Email: jkeker@kvn.com |
|  | Email: rmeny@kvn.com |
|  | Email: sragland@kvn.com |

**Attorneys for JACOB APPELBAUM**

Dated: October 11, 2011         By: _____/s/_____
Rebecca K. Glenberg, VSB No. 44099
AMERICAN CIVIL LIBERTIES UNION
  OF VIRGINIA FOUNDATION, INC.
530 E. Main Street, Suite 310
Richmond, VA 23219
Telephone: 804.644.8080
Facsimile: 804.649.2733
Email: rglenberg@acluva.org

Aden J. Fine (admitted *pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
  FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: 212.549.2500
Facsimile: 212.549.2651
Email: afine@aclu.org


Cindy A. Cohn (admitted *pro hac vice*)
Lee Tien (admitted *pro hac vice*)
Kevin S. Bankston (admitted *pro hac vice*)
Marcia Hofmann (admitted *pro hac vice*)
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: 415.436.9333 x108
Facsimile: 415 436.9993
Email: cindy@eff.org
Email: tien@eff.org
Email: bankston@eff.org
Email: marcia@eff.org

Jonathan Shapiro
GREENSPUN, SHAPIRO, DAVIS
  & LEARY, P.C.
3955 Chain Bridge Road

       Second Floor
       Fairfax, VA 22030
       Telephone:   703.352.0100
       Facsimile:    703.591.7268
       Email: js@greenspunlaw.com

**Attorneys for BIRGITTA JONSDOTTIR**

| | |
|---|---|
| Dated: October 11, 2011 | By: _____/s/_____ |

Nina J. Ginsberg, VSB No. 19472
DIMUROGINSBERG, P.C.
908 King Street, Suite 200
Alexandria, VA 22314
Telephone: 703.684.4333
Facsimile: 703.548.3181
Email: nginsberg@dimuro.com

John D. Cline (admitted *pro hac vice*)
LAW OFFICE OF JOHN D. CLINE
115 Sansome Street, Suite 1204
San Francisco, CA 94104
Telephone: 415.322.8319
Facsimile: 415.524.8265
Email: cline@johndclinelaw.com

K.C. Maxwell (admitted *pro hac vice*)
LAW OFFICE OF K.C. MAXWELL
115 Sansome Street, Suite 1204
San Francisco, CA 94104
Telephone: 415.322.8817
Facsimile: 415.888.2372
Email: kcm@kcmaxlaw.com

**Attorneys for ROP GONGGRIJP**

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 11th day of October, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following counsel of record:

    Andrew Peterson
    U.S. Attorney's Office
    2100 Jamieson Avenue
    Alexandria, VA 22314
    Telephone: 703-299-3175
    Email: Andy.Peterson@usdoj.gov


    Marvin David Miller
    1203 Duke Street
    The Gorham House
    Alexandria, VA 22314
    Telephone: (703) 548-5000
    Email: katherine@marvinmilleratlaw.com

I also certify that on this 11th day of October, 2011, I caused the following party to be served by first-class United States mail:

    Christopher Soghoian (*pro se*)
    Graduate Fellow, Center for Applied Cybersecurity Research
    Indiana University
    P.O. Box 2266
    Washington, DC 20013
    Telephone: 617-308-6368


      By: _____/s/_____
      Stuart Sears, VSB No. 71436
      ZWERLING, LEIBIG & MOSELEY, P.C.
      108 North Alfred Street
      Alexandria, VA 22314
      Telephone: 703.684.8000
      Facsimile: 703.684.9700
      Email: Stuart@Zwerling.com