UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO 18 U.S.C. § 2703(d) | Misc. No. 10GJ3793<br>No. 1:11DM3<br>No. 1:11EC3 |

**NOTICE OF APPEAL**

Notice is hereby given that Real Parties in Interest Jacob Appelbaum, Rop Gonggrijp, and Birgitta Jonsdottir hereby appeal to the United States Court of Appeals for the Fourth Circuit from the Order entered in this action on November 10, 2011 (Dkt. No. 84).

Dated: November 23, 2011

By: /s/ Rebecca K. Glenberg
Rebecca K. Glenberg, VSB No. 44099
AMERICAN CIVIL LIBERTIES UNION
  OF VIRGINIA FOUNDATION, INC.
530 E. Main Street, Suite 310
Richmond, VA 23219
Telephone:    804.644.8080
Facsimile:    804.649.2733
Email: rglenberg@acluva.org

Aden J. Fine (admitted *pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
  FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone:    212.549.2500
Facsimile:    212.549.2651
Email: afine@aclu.org

Cindy A. Cohn (admitted *pro hac vice*)
Lee Tien (admitted *pro hac vice*)
Kevin S. Bankston (admitted *pro hac vice*)
Marcia Hofmann (admitted *pro hac vice*)
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street

1

San Francisco, CA 94110
Telephone:    415.436.9333 x108
Facsimile:    415 436.9993
Email: cindy@eff.org
Email: tien@eff.org
Email: bankston@eff.org
Email: marcia@eff.org

Jonathan Shapiro
GREENSPUN, SHAPIRO, DAVIS
  & LEARY, P.C.
3955 Chain Bridge Road
Second Floor
Fairfax, VA 22030
Telephone:    703.352.0100
Facsimile:    703.591.7268
Email: js@greenspunlaw.com

**Attorneys for BIRGITTA JONSDOTTIR**


| | |
|---|---|
| Dated: November 23, 2011 | By: /s/ John K. Zwerling<br>John K. Zwerling, VSB No. 8201<br>Stuart Sears, VSB No. 71436<br>ZWERLING, LEIBIG & MOSELEY, P.C.<br>108 North Alfred Street<br>Alexandria, VA 22314<br>Telephone:    703.684.8000<br>Facsimile:     703.684.9700<br>Email: JZ@Zwerling.com<br>Email: Chris@Zwerling.com<br>Email: Andrea@Zwerling.com<br>Email: Stuart@Zwerling.com<br><br>John W. Keker (admitted *pro hac vice*)<br>Rachael E. Meny (admitted *pro hac vice*)<br>Steven P. Ragland (admitted *pro hac vice*)<br>KEKER & VAN NEST LLP<br>710 Sansome Street<br>San Francisco, CA 94111-1704<br>Telephone:    415.391.5400<br>Facsimile:     415.397.7188<br>Email: jkeker@kvn.com<br>Email: rmeny@kvn.com<br>Email: sragland@kvn.com<br><br>**Attorneys for JACOB APPELBAUM** |

Dated:  November 23, 2011    By:  /s/ Nina J. Ginsberg_____
Nina J. Ginsberg, VSB No. 19472
DIMUROGINSBERG, P.C.
908 King Street, Suite 200
Alexandria, VA 22314
Telephone:     703.684.4333
Facsimile:      703.548.3181
Email: nginsberg@dimuro.com

John D. Cline (admitted *pro hac vice*)
LAW OFFICE OF JOHN D. CLINE
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Telephone:     415.322.8319
Facsimile:      415.524.8265
Email: cline@johndclinelaw.com

K.C. Maxwell (admitted *pro hac vice*)
LAW OFFICE OF K.C. MAXWELL
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Telephone:     415.322.8817
Facsimile:      415.888.2372
Email: kcm@kcmaxlaw.com

**Attorneys for ROP GONGGRIJP**

**CERTIFICATE OF SERVICE**

       I hereby certify that on this 23rd day of November, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following counsel of record:

Andrew Peterson
U.S. Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314

John K. Zwerling, VSB No. 8201
Stuart Sears, VSB No. 71436
ZWERLING, LEIBIG & MOSELEY, P.C.
108 North Alfred Street
Alexandria, VA 22314
Telephone: (703) 684-8000
Facsimile: (703) 684-9700
Email: JZ@Zwerling.com
Email: Stuart@Zwerling.com

Nina J. Ginsberg, VSB No. 19472
DIMUROGINSBERG, P.C.
908 King Street, Suite 200
Alexandria, VA 22314
Telephone: 703.684.4333
Facsimile: 703.548.3181
Email: nginsberg@dimuro.com

John K. Roche
PERKINS COIE, LLP
700 13th Street, N.W., Suite 600
Washington, DC 20005
Telephone: 202-654-6200
Facsimile: 202-654-6211
Email: jroche@perkinscoie.com

Marvin David Miller
1203 Duke Street
The Gorham House
Alexandria, VA 22314
Telephone: (703) 548-5000
Email: katherine@marvinmilleratlaw.com

I also certify that on this 23rd day of November, 2011, I caused the following party to be served by first-class United States mail:

>Christopher Soghoian (*pro se*)
>Graduate Fellow, Center for Applied Cybersecurity Research
>Indiana University
>P.O. Box 2266
>Washington, DC 20013
>Telephone: 617-308-6368

>By: /s/ Rebecca K. Glenberg
>Rebecca K. Glenberg, VSB No. 44099
>AMERICAN CIVIL LIBERTIES UNION
>   OF VIRGINIA FOUNDATION, INC.
>530 E. Main Street, Suite 310
>Richmond, VA 23219
>Telephone: 804.644.8080
>Facsimile: 804.649.2733
>Email: rglenberg@acluva.org